Louis KAPLAN et al., Respondents, *v.* IDA VOLK et al., Appellants.

Third Department, January 7, 1948.

*Arthur C. Kyle,* attorney (*Ellsworth Baker* of counsel), for appellants.

*Goldstein & Goldstein,* attorneys (*Benjamin M. Goldstein* of counsel), for respondents.

*Per Curiam.* Appeal from a final order in summary proceedings prosecuted in Sullivan County Court (SPRIGGS, J.).

The petitioners are tenants of real property in the county of Sullivan under a lease which has several years to run. Defendant-appellant Elliott entered upon the premises under a claimed subsequent lease made with the other appellants.

The application to remove a squatter may be made by a person forcibly kept out of possession. (Civ. Prac. Act, § 1414, subd. 3; *People ex rel. Wheeler* v. *Shorb,* 14 Hun 112; *Koenig* v. *Eagle Waist Co.,* 176 App. Div. 726.) The petitioners were entitled to the relief given.

The order should be affirmed, with $25 costs and disbursements.

HILL, P. J., HEFFERNAN, FOSTER, RUSSELL and DEYO, JJ., concur.

Order affirmed, with $25 costs and disbursements.